IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GARY LEE ENZLER,<br><br>Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondent. | Cause No. CV 20-34-H-DLC-JTJ<br><br>ORDER and FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

This matter comes before the Court on Petitioner Enzler's application for writ of habeas corpus. He moves to proceed in forma pauperis.

Enzler's petition and motion are almost entirely illegible. The Court will assume he is unable to pay the $5.00 filing fee. The word "innocent" is legible on page 4 of the petition. *See* Pet. (Doc. 1) at 4 ¶ 13A. But, with the assistance of counsel, Enzler has already litigated one habeas petition to conclusion. *See Enzler v. Fender*, No. CV 16-100-H-DLC-JTJ (D. Mont. filed Oct. 26, 2016). This Court lacks jurisdiction to consider another. Enzler must persuade the Ninth Circuit Court of Appeals to permit him to file another petition in this Court. *See* 28 U.S.C. § 2244(b)(3); *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam).

Based on the foregoing, the Court enters the following:

**ORDER**

Enzler's motion to proceed in forma pauperis (Doc. 2) is GRANTED. The clerk shall waive payment of the filing fee.

The Court also enters the following:

**RECOMMENDATION**

1. Enzler's petition should be DISMISSED as an unauthorized second or successive petition.

2. A certificate of appealability should be DENIED as the case is controlled by *Burton*.

3. The clerk should be directed to enter, by separate document, a judgment of dismissal.

**NOTICE OF RIGHT TO OBJECT
TO FINDINGS & RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Enzler may object to this Findings and Recommendation within 14 days. *See* 28 U.S.C. § 636(b)(1).[1] Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

---

[1] This deadline allows a party to act within 14 days after the Findings and Recommendation is "served." Federal Rule of Civil Procedure 6(d) allows three additional days after the period would otherwise expire.

<u>Enzler must immediately advise the Court of any change in his mailing address.</u>  Failure to do so may result in dismissal of this action without notice to him.

DATED this 23rd day of April, 2020.

                                         */s/ John Johnston*
                                         John Johnston
                                         United States Magistrate Judge